*Burlington*

At Judgment

Cause No. 27382

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | WALKER COUNTY, TEXAS |
| Kendrick Whitmill | § | |
| | § | 12th JUDICIAL DISTRICT |

## ORDER TO WITHDRAW FUNDS

TO: INMATE TRUST ACCOUNT, TEXAS DEPARTMENT OF CRIMINAL JUSTICE

COPY TO: Kendrick Whitmill  TDCJ#: 02135198 SID#: TX50667761

GREETINGS:

THE ABOVE named Texas Department of Criminal Justice offender has of this date been assessed court costs, fees and/or fines and/or restitution in the 12th District Court of Walker County, Texas in the above entitled cause in accordance with the sentence imposed as reflected in the judgment to which this Order is attached. The Court finds that the offender is unable to pay the court costs, fees and/or fines and/or restitution on this date and that the funds should be withdrawn from the offender's Inmate Trust Account. Court costs, fees and/or fines and/or restitution have been incurred in the amount of $ 249.00.

    THE COURT ORDERS that payment be made out of the offenders' Inmate Trust Account as follows: Pay an initial amount equal to the lesser of:
    (1) 15% of the account balance up to and including $100, plus 25% of any portion of the account balance that is between $100.01 and $500 inclusive, plus 50% of any portion of the account balance that is more than $500; or
    (2) The total amount of court costs, fees and/or fines and/or restitution that remains unpaid.
After the payment of the initial amount, the offender shall pay an amount equal to the lesser of:
    (1) 10% of each deposit in the offenders' Inmate Trust Account; or
    (2) The total amount of court costs, fees and/or fines and/or restitution that remains unpaid.
Payments are to continue until the total amount of the court costs, fees and/or fines and/or restitution are paid, or the offender is released from confinement.

On receipt of a copy of this Judgment, the department (Inmate Trust Account) shall withdraw money from the trust account of the offender, hold same in a separate account, and shall forward said money to the Walker County District Clerk, 1100 University Avenue Suite 209, Huntsville, Texas 77340 on the earlier of the following dates:

    (1) Monthly

    (2) The date the total amount to be forwarded equals the total amount which remains unpaid; or

    (3) The date the offender is released.

THE COURT ENTERS THIS ORDER as a part of the Judgment and Sentence of this Court and pursuant to Government Code, Section 501.014, on this 8 day of May, 2017.


Thumbprint

FILED
TIME 12:11
8 DAY OF May 2017
ROBYN FLOWERS
District Clerk, Walker County
By _____ Deputy

_____
JUDGE PRESIDING



CAUSE NO. 27382

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| Vs. | § | WALKER COUNTY, TEXAS |
| Kendrick Demond Whitmill | § | 12TH DISTRICT COURT |

INCIDENT NO. 15-008551/TRN NO. 9214765650/STATE ID NO.: TX-50667761

### JUDGMENT OF CONVICTION BY COURT – WAIVER OF JURY TRIAL

**Judge Presiding:** DONALD L. KRAEMER    **Date Judgment Entered:** 05/08/2017

**Attorney for State:** ANDRIA BENDER
**Attorney for Defendant:** Williford, John W

**Offense for which Defendant Convicted:** EVADING ARREST DET W/VEH

**Charging Instrument:** INDICTMENT    **Statute for Offense:** 38.04 (b)(2)(A)

**Date of Offense:** 03/20/2015    **Degree of Offense:** F3

**Plea to Offense:** GUILTY    **Findings on Deadly Weapon:** N/A

**Terms of Plea Bargain:** CONFINEMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, COURT COST, AND ATTORNEY'S FEES

**Plea to 1st Enhancement Paragraph:** N/A
**Plea to 2nd Enhancement/Habitual Paragraph:** N/A

**Findings on 1st Enhancement Paragraph:** N/A
**Findings on 2nd Enhancement/Habitual Paragraph:** N/A

**Date Sentence Imposed:** 05/08/2017
**Date Sentence to Commence:** 05/08/2017

FILED
TIME ____
____ DAY OF May 2017
ROBYN FLOWERS
District Clerk, Walker County
By _____ Deputy

**Punishment and Place of Confinement:** 4 YEARS TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION

### THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A.

| Fine: | Court Costs: | Attorney Fees: | Restitution: |
|---|---|---|---|
| $-0- | $ 249.00 | $ 0 | $-0- |

CAUSE NO. «CAUSE_NO»

PAGE 6 OF 10

**Restitution Payable to:**
☐ **VICTIM** (see below) ☐ **Agency/Agent** (see below)
Victim: ,
*A $25.00 fee will be assessed if court costs are not paid within 31 days from judgment.*

Sex Offender Registration Requirements *do not* apply to the Defendant. Tex. Code Crim. Proc. Chapter 62

**If Defendant is to serve sentence to TDCJ, enter incarceration periods in chronological order:** *Time Credited:*

03/20/2015-07/16/2015

**If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.**
Jail Time Credit: N/A days

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Walker County, Texas. The State appeared by her District Attorney. Defendant appeared in person with Counsel. Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of the Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that the Defendant is **GUILTY** of the above offense. The Court FINDS the Pre-sentence Investigation, if so ordered, was done according to the applicable provisions of TEX.CODE CRIM. PROC. art. 42.12.§ 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**
X **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this county to take, safely convey, and deliver Defendant to the **Director, TDCJ Institutional Division or State Jail Facility.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicted above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, the Defendant proceed immediately to the Walker County District Clerk, Room 209, Walker County Courthouse. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.
☐ **County Jail – Confinement/Confinement in Lieu of Payment.** *Pursuant to Tex.Pen.Code § 12.44(a), the Defendant is convicted for a felony but sentenced to confinement in county jail* The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Walker County, Texas on the date the sentence is to commence.

CAUSE NO. «CAUSE_NO»

PAGE 7 OF 10

Defendant shall be confined in the County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the Walker County District Clerk, Room 209, Walker County Courthouse. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY**. The Court **ORDERS** Defendant to proceed immediately to the Office of the Walker County District Clerk. Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

<u>**Execution/Suspension of Sentence (select one).**</u>

X The Court **ORDERS** Defendant's sentence **EXECUTED.**

The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED.** The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision are incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

Signed and Entered on this the 8th day of May, 2017.

_____
JUDGE PRESIDING

Clerk:

_____
DEFENDANT'S THUMBPRINT

CAUSE NO. «CAUSE_NO»

PAGE 8 OF 10

THE STATE OF TEXAS

VS

Kendrick Demond Whitmill
3111 rose street
Tyler TX 75701
DL#AZ-DO2717762 hgt: 5 Ft. 10 In.
DOB: 06/04/1977  wgt: 170 Lbs.
SS#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
Gender:Male Race:Black

WALKER COUNTY DISTRICT CLERK

WALKER COUNTY, TEXAS

DOCKET NO. 27382

## CAPIAS
## IN THE NAME OF AND BY AUTHORITY OF THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

YOU ARE HEREBY COMMANDED TO ARREST Kendrick Demond Whitmill if to be found in your County and him/her safely keep, so that you have him/her before the HONORABLE 12th District Court in and for WALKER County, Texas, at the Courthouse of said County, in the City of HUNTSVILLE, TEXAS, instanter, then and there to answer the State of Texas upon a charge of FAILURE TO APPEAR on September 14, 2015 pending in said court, wherein said defendant is charged originally with the offense of EVADING ARREST DET W/VEH.

HEREIN FAIL NOT, BUT HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON ENDORSED, SHOWING HOW YOU HAVE EXECUTED THE SAME.

WITNESS MY HAND AND SEAL ON THIS September 16, 2015

ROBYN FLOWERS
Clerk of the District Court
Walker County Courthouse
1100 University Ave, Room 209
Huntsville, TX 77340

_____
DEPUTY

BOND SET AT $ _25,000 _____

### OFFICER'S RETURN

Came to hand the ____ day of _____, A.D. 20____, at _____o'clock ___.M., and executed the ____ day of _____, A.D. 20____, by arresting the within named Kendrick Demond Whitmill at _____ in _____ County, Texas and :
*taking $_____ bond *placing the Defendant in the County Jail at _____ County, Texas, to be dealt with by said magistrate according to law.

**RECALLED**

_____ Constable/Sheriff

JAN 1 1 2017 _____ County, Texas

By: _~~DISPATCH WCPSCC~~_ Deputy

WCPSCC
Received
Date

SEP 17 2015

```
                T. D. C. J.   -   I N S T I T U T I O N A L   D I V I S I O N
                DATE 03/11/20              RECORDS OFFICE              TIME 11:08:46
TDCJID: 02135198 NAME: WHITMILL,KENDRI D DESMOND             UNIT DARRINGTON
SENT. BEGIN DATE 01/09/2017 TDC RECEIVE DATE 06/15/2017
INMATE STATUS STATE APPROVED TRUSTY CLASS II S     LAST PCR REQUEST 06/16/17

      SENT. OF RECORD        00004  YRS 00 MOS 00 DAYS    MAND SUPV PAROLE
      FLAT TIME SERVED       00003  YRS 00 MOS 01 DAYS    079  %    079  %
      GOOD TIME EARNED       00002  YRS 10 MOS 08 DAYS    071  %    071  %
      WORK TIME EARNED       00001  YRS 00 MOS 30 DAYS    039  %    039  %
      MAND SUPV TIME CREDITS 00007  YRS 00 MOS 09 DAYS    189  %
      PAROLE TIME CREDITS    00007  YRS 00 MOS 09 DAYS              189  %
      MINIMUM EXPIRATION DTE: 01/09/2021
      MAXIMUM EXPIRATION DTE: 01/09/2021

JAIL GOOD TIME RECD YES              NUMBER OF DETAINERS 00
GOOD TIME LOST 00000 DAYS            WORK TIME LOST 00000 DAYS
PAROLE STATUS    BPP DATE                              TDC CALC DATE 00/00/0000


REQUEST _____
CONDUCT RECORD:
```

```
           T. D. C. J.  --  I N S T I T U T I O N A L   D I V I S I O N
            DATE 06/11/19         RECORDS OFFICE            TIME 15:29:49
TDCJID: 02125199 NAME: WHITMILL,KENDRICK DEMOND              UNIT DARRINGTON
SENT. BEGIN DATE 01/10/2017 TDC RECEIVE DATE 06/15/2017
INMATE STATUS STATE APPROVED TRUSTY CLASS II  W     LAST PCR REQUEST 06/16/17

       SENT. OF RECORD        00004   YRS 00 MOS 00 DAYS   MAND SUPV PAROLE
       FLAT TIME SERVED       00002 YRS 06 MOS 20 DAYS     064 %      064 %
       GOOD TIME EARNED       00002 YRS 03 MOS 07 DAYS     056 %      056 %
       WORK TIME EARNED       00001 YRS 03 MOS 14 DAYS     032 %      032 %
       MAND SUPV TIME CREDITS 00006 YRS 01 MOS 21 DAYS     152 %
       PAROLE TIME CREDITS    00006 YRS 01 MOS 21 DAYS                152 %
       MINIMUM EXPIRATION DTE: 01/10/2021
       MAXIMUM EXPIRATION DTE: 01/10/2021

JAIL GOOD TIME RECD YES          NUMBER OF DETAINERS 00
GOOD TIME LOST 00000 DAYS        WORK TIME LOST 00000 DAYS
PAROLE STATUS    APP DATE                           TDC CALC DATE 00/00/0000




RESULTS: _____
CONDUCT RECORD:
```

CAUSE NO. 27382

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | WALKER COUNTY, TEXAS |
| | § | |
| KENDRICK DEMOND WHITMILL<br>TDCJ #2135198 | § | 12TH DISTRICT COURT |

## ORDER FOR JAIL TIME CREDIT
## NUNC PRO TUNC

It being called to the attention of the Court that the Defendant in the above-numbered and styled cause is entitled to receive total time credit for the following in accordance with Article 42.03 of the Texas Code of Criminal Procedure:

03/20/2015 to 07/16/2015

09/17/2015 to 11/18/2016

11/18/2016 to 12/06/2016

It is therefore ORDERED, ADJUDGED, and DECREED by this Court that the sentence begin date in the above-numbered and styled cause be corrected to reflect that the Defendant is credited with the total time credits listed above.

The Clerk is hereby ORDERED to send a certified copy of this Order to the Texas Department of Criminal Justice.

GRANTED _____   DENIED __✓__   *Hold was for FTA Warrant - not Evading arrest / Detention w/ Jdh*

Signed this __18__ day of __December__ 20__19__.

_____
JUDGE PRESIDING

FILED
TIME __11 AM__
DAY OF __DEC__ 20__19__
___ROBYN FLOWERS___
District Clerk, Walker County
By_____ Deputy